Charles Kimmelman, Plaintiff, v. 119 W. 71 Realty Co., Inc., and Others, Defendants, Impleaded with Yellowstone Holding Corporation, Appellant, and Shoreham Estates, Inc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of John W. Cornish, Respondent, for a Peremptory Mandamus Order Directing Arthur J. W. Hilly, as Corporation Counsel or Chief Law Officer of the City of New York, Appellant, to Institute Proceedings Pursuant to Chapter 1006 of the Laws of 1895, ⬛etc., to Determine the Compensation for the Damage by Reason of the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in the Borough of The Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements, on the ground that so far as this record discloses, title to the strip of land in question is not vested in the petitioner. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Betty Brainerd, Respondent, v. The Associated Newspapers, North American Newspaper Alliance, Inc., and The Bell Syndicate, Inc., Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Annette S. Bracy, Respondent, v. Joseph B. Whitehead, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Walter J. Herzfeld and Others, Respondents, v. Milton E. Giles & Company and Others, Defendants, Impleaded with United States Steel Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Marie Allen Reynolds, Appellant, v. Davis Elkins, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

George Leary, Plaintiff, v. James McGuire and James McGuire, Inc., Defendants, Impleaded with Julia M. Leary, Respondent. Lillian A. Novick, as Assignee of Defendant James McGuire, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.